# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0450
Lower Tribunal No. 2023-CA-013436-O

_____

PRUITT INDUSTRIAL ELECTRICAL CONTRACTORS, LLC, ROBERT PRUITT, and
KIMBERLY PRUITT,

Appellants,

v.

CITY ELECTRIC SUPPLY COMPANY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

February 6, 2026

PER CURIAM.

AFFIRMED. *See Pocock v. Pocock*, 360 So. 3d 1219, 1222 (Fla. 2d DCA 2023).

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Robert V. Schwerer and James T. Walker, of Hayskar, Walker, Schwerer, Dundas & McCain, P.A., Fort Pierce, for Appellants.

Maegen Peek Luka, of Peek Luca Law, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED